# EXHIBIT A

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

4621 LUCKY WAY
TR-1289 LOT 2
SANTA ANA, CA 92704-1135

## FOR:

PRIVATE USE ONLY

## AS OF:

4-1-2010

## BY:

ELY RIVARA AL018655

| Borrower/Client | TREJO, ALFREDO | | | File No. | 11801 PENDLETON SUN VALLEY |
| Property Address | 4621 LUCKY WAY | | | | |
| City | SANTA ANA | County | ORANGE | State | CA | Zip Code | 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | |

## TABLE OF CONTENTS

Invoice ..................................................................................................................................................................... 1
Cover Page .............................................................................................................................................................. 2
Exterior-Only ........................................................................................................................................................... 3
Location Map ........................................................................................................................................................... 9
Additional Comparables 4-6 ................................................................................................................................. 10
TAX ROLL ............................................................................................................................................................. 11
Plat Map ................................................................................................................................................................ 12
USPAP Identification ............................................................................................................................................. 13
Subject Photos ...................................................................................................................................................... 14
Comparable Photos 1-3 ........................................................................................................................................ 15
Comparable Photos 4-6 ........................................................................................................................................ 16

# Exterior-Only Inspection Residential Appraisal Report    File # 11801 PENDLETON SUN VALLEY

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 4621 LUCKY WAY | City SANTA ANA    State CA    Zip Code 92704-1135 |
| Borrower TREJO, ALFREDO    Owner of Public Record TREJO, ALFREDO | County ORANGE |

Legal Description TR-1289 LOT 2

| | | |
|---|---|---|
| Assessor's Parcel # 108-114-12 | Tax Year 09-10 | R.E. Taxes $ 3,475.24 |
| Neighborhood Name N/A | Map Reference 828 G4 | Census Tract 0992.47 |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ NONE | ☐ PUD HOA $ N/A ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) fair market value | | |
| Lender/Client PRIVATE USE ONLY    Address | | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    NDC PUBLIC RECORDS, MLS ALLIANCE, MLS

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record?    ☐ Yes ☐ No   Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.    n/a

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | | | PRICE | AGE | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 149K Low | 35 | Multi-Family | 5 % |
| Neighborhood Boundaries    LOCATED NORTH OF | | | | 325K High | 110 | Commercial | 5 % |
| | | | | 225K Pred. | 75 | Other | % |

Neighborhood Description    THE AREA CONSIST OF MOSTLY AVERAGE QUALITY SINGLE FAMILY DWELLINGS THAT ARE MAINTAINED IN AVERAGE CONDITION. MOST SUPPORT FACILITIES INCLUDING, SHOPPING, SCHOOLS AND PUBLIC TRANSPORTATION ARE LOCATED IN CLOSE PROXIMITY.

Market Conditions (including support for the above conclusions)    THE SUBJECT IS LOCATED IN AN AREA OF DECLINING PROPERTY VALUES, THE AREA HAS DECLINED AT 1-2% PER MONTH PER NATIONAL ASSOCIATION OF REALTORS, INTEREST RATES ARE CURRENTLY STABLE WITH NOTICEABLE EFFECTS ON THE MARKETPLACE. FINANCING CONCESSIONS WERE OBSERVED WITH SELLERS PAYING 3-5% OF NON RECURRING CLOSING COST, ABSORBTION RATE IN THE AREA IS 3-6 MONTHS

| | | | |
|---|---|---|---|
| Dimensions SEE PLAT MAP | Area 7,776 | Shape IRREGULAR | View NO VIEW |
| Specific Zoning Classification R1 | Zoning Description SFR ONLY | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes ☐ No  If No, describe    THE SUBJECT SITE

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street ASPHALT | | ☒ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley | | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No    FEMA Flood Zone A    FEMA Map # 06059C0256J    FEMA Map Date 12/3/2009

Are the utilities and off-site improvements typical for the market area?    ☒ Yes ☐ No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes ☒ No  If Yes, describe

THE PROPERTY BACKS SIDES SIMILAR USE PROPERTIES.

| | |
|---|---|
| Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner ☒ Other (describe) PHYSICAL INSPECTION | Data Source for Gross Living Area NDC PUBLIC RECORDS |

| General Description | | General Description | | Heating/Cooling | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | Concrete Slab ☒ Crawl Space | | ☒ FWA ☐ HWBB | Fireplace(s) # | | ☐ None | |
| # of Stories 1 | | ☐ Full Basement ☐ Finished | | ☐ Radiant | Woodstove(s) # | | ☒ Driveway # of Cars 1 | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | ☐ Partial Basement ☐ Finished | | ☐ Other | ☒ Patio/Deck | | Driveway Surface CONCRETE | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Exterior Walls STUCCO/AVG | Fuel | | ☐ Porch YES | | ☒ Garage # of Cars 1 | |
| Design (Style) AVERAGE | | Roof Surface COMP SHING/AVG | | ☐ Central Air Conditioning | Pool NO POOL | | ☐ Carport # of Cars | |
| Year Built 1950 | | Gutters & Downspouts YES | | ☐ Individual | ☒ Fence WOOD/BLK | | ☒ Attached ☐ Detached | |
| Effective Age (Yrs) 35 | | Window Type ALUM SLDER/AVG | | ☐ Other | ☐ Other | | ☐ Built-in | |
| Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer | | | | | Other (describe) | | | |

Finished area above grade contains:    4 Rooms    2 Bedrooms    1 Bath(s)    886 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)    1 CAR GARAGE, COMP ROOFING, WALL HEATING,

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.)NO PHYSICAL OR FUNCATIONAL INADEQUACIES WERE NOTED

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes ☐ No  If No, describe.

## Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 20+ | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 135K | | | | to $ 265K | |
| There are | 45+ | comparable sales in the subject neighborhood over the past twelve months ranging in price from $ 145K | | | | to $ 275K | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4621 LUCKY WAY | 1129 S KAREN AVE SANTA ANA | | 1018 S ELLIOT PL SANT A ANA | | 117 S GUNTHER ST SANTA ANA | |
| | SANTA ANA, CA 92704-1135 | AP-108-335-02 | | AP-108-732-05 | | AP-144-321-06 | |
| Proximity to Subject | | 0.72 miles S | | 0.70 miles SE | | 0.81 mile E | |
| Sale Price | $ | $ | 345,000 | $ | 265,000 | $ | 205,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 403.04 sq.ft. | | $ 357.14 sq.ft. | | $ 294.12 sq.ft. | |
| Data Source(s) | | DOC-31889 | | DOC-06031 | | DOC-38411 | |
| Verification Source(s) | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | 1ST-268,100 | | 1ST-NO DEEDS | | 1ST-NO DEEDS | |
| Concessions | | CONV | | NO CONCESSIONS | | | |
| Date of Sale/Time | | 1-21-2010 CLOSED | | 1-6-2010  CLOSED | | 1-26-2010 CLOSED | |
| Location | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 7,776 | 7204 | | 7200 | | 7242 | |
| View | NO VIEW | NO VIEW | | NO VIEW | | NO VIEW | |
| Design (Style) | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 1950 | 1954 | | 1949 | | 1952 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4    2    1 | 4    2    1 | | 4    2    1 | | 4    2    1 | |
| Gross Living Area | 866 sq.ft. | 856 sq.ft. | 0 | 742 sq.ft. | +3,100 | 697 sq.ft. | +4,200 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | WALL HEAT | WALL HEAT | | WALL HEAT | | WALL H EAT | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 1 GARAGE | 1 GARAGE | | 2 GARAGES | -5,000 | 1 GARAGE | |
| Porch/Patio/Deck | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [ ] - | $ | [ ] + [X] - | $ -1,900 | [X] + [ ] - | $ 4,200 |
| Adjusted Sale Price | | Net Adj.        % | | Net Adj.    0.7  % | | Net Adj.    2.0  % | |
| of Comparables | | Gross Adj.      % | $ 345,000 | Gross Adj.  3.1  % | $ 263,100 | Gross Adj.  2.0  % | $ 209,200 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    MLS/PUBLIC RECORDS
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    MLS PUBLIC RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfer in the prior 36 months | No transfer in the prior 36 months | No transfer in the prior 36 months | No transfer in the prior 36 months |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS |
| Effective Date of Data Source(s) | 2010 | 2010/   57 DOM | 2010/   15 DOM | 2010/   120 DOM |

Analysis of prior sale or transfer history of the subject property and comparable sales    COMP 2 ICURRENTLY LISTED FOR $450,000

Summary of Sales Comparison Approach    SALES 2-3 WERE ADJUSTED FOR DIFFEENCES IN GROSS LIVING AREA. SALE 2 IS INFERIOR IN GARAGE COUNT.   SEE ADDITIONAL COMP 4
GROSS LIVING AREA ADJUSTED @ 20.00 PER SQFT
BEDROOM COUNT ADJUSTED @ $5,000 PER BEDROOM

Indicated Value by Sales Comparison Approach $  250,000
Indicated Value by: Sales Comparison Approach $  250,000    Cost Approach (if developed) $  249,587    Income Approach (if developed) $

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  250,000 , as of   4-1-2010 , which is the date of inspection and the effective date of this appraisal.

## Exterior-Only Inspection Residential Appraisal Report   File # 11801 PENDLETON SUN VALLEY

**DIGITAL SIGNATURE ADDENDUM:**
The digital signature used in this report is under the control of the signing appraiser and can only be added or removed by same appraiser.

**USPAP**
definitions: signature: a signature can be represented by a handwritten mark, a digitized image controlled by a personalized identification number, or other media, where the appraiser has sole personalized control of affixing the signature.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   *LAND VALUE ABSTRACTED FORM SIMILAR SALES INTHE AREA. THIS METHOD IS TYPICAL INTHE AREA WHEN THERE ARE LACK OF VACANT LAND SALES*

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 200,000 |
|---|---|---|---|---|
| Source of cost data   *MARSHALL AND SWIFT* | DWELLING   866 Sq.Ft. @ $   97.00 | | =$ | 84,002 |
| Quality rating from cost service  *3*   Effective date of cost data  *2010* |   Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.)   *COST CALCULATIONS OBTAINED FROM THE MARSHALL AND SWIFT COST CALCULATION HANDBOOK* | Garage/Carport   200 Sq.Ft. @ $   55.00 | | =$ | 11,002 |
| *AND LOCAL BUILDERS.* | Total Estimate of Cost-New | | =$ | 95,002 |
| *DEPRECIATION METHOD UTILIZED IS THE AGE/LIFE METHOD.* | Less | Physical   Functional   External | | |
|  | Depreciation   55,415 | | =$( | 55,415) |
| *THE LAND TO VALUE RATIO IS TYPICAL FOR THE AREA.* | Depreciated Cost of Improvements | | =$ | 39,587 |
|  | "As-is" Value of Site Improvements | | =$ | 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   25 Years | INDICATED VALUE BY COST APPROACH | | =$ | 249,587 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|
| Summary of Income Approach (including support for market rent and GRM) | | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Exterior-Only Inspection Residential Appraisal Report    File # 11801 PENDLETON SUN VALLEY

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Exterior-Only Inspection Residential Appraisal Report    File # 11801 PENDLETON SUN VALLEY

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

## Exterior-Only Inspection Residential Appraisal Report    File # 11801 PENDLETON SUN VALLEY

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Ely Rivera_ | Signature _____ |
| Name _ELY RIVARA AL018655_ | Name _____ |
| Company Name _ACTION APPRAISAL CO_ | Company Name _____ |
| Company Address _15928 CLEAR SPRING DR LA MIRADA CA 90638_ | Company Address _____ |
| Telephone Number _310 379-0993_ | Telephone Number _____ |
| Email Address _ACTIONAPPRAISALCO@YAHOO.COM_ | Email Address _____ |
| Date of Signature and Report _4-1-2010_ | Date of Signature _____ |
| Effective Date of Appraisal _4-1-2010_ | State Certification # _____ |
| State Certification # _____ | or State License # _____ |
| or State License # _AL018655_ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State _CA_ | |
| Expiration Date of Certification or License _2/29/2008_ | **SUBJECT PROPERTY** |
| ADDRESS OF PROPERTY APPRAISED | |
| _4621 LUCKY WAY_ | ☐ Did not inspect subject property |
| _SANTA ANA, CA 92704-1135_ | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ _250,000_ | |
| LENDER/CLIENT | **COMPARABLE SALES** |
| Name _____ | |
| Company Name _PRIVATE USE ONLY_ | ☐ Did not inspect exterior of comparable sales from street |
| Company Address _____ | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection _____ |
| Email Address _____ | |

**Location Map**

| Borrower/Client | TREJO, ALFREDO | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4621 LUCKY WAY | | | | | |
| City | SANTA ANA | County | ORANGE | State | CA | Zip Code | 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | | |



## Exterior-Only Inspection Residential Appraisal Report    File # 11801 PENDLETON SUN VALLEY

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4621 LUCKY WAY | 209 N BEWLEY ST SANTA ANA | | | | | |
| | SANTA ANA, CA 92704-1135 | AP-198-242-31 | | | | | |
| Proximity to Subject | | 0.81 miles E | | | | | |
| Sale Price | $          N/A | $          195,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $          sq.ft. | $          262.80 sq.ft. | | $          sq.ft. | | $          sq.ft. | |
| Data Source(s) | | DOC-81255 | | | | | |
| Verification Source(s) | | MLS/PUBLIC RECORDS | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | 1T-NO DEEDS | | | | | |
| Concessions | | NO CONCESSIONS | | | | | |
| Date of Sale/Time | | 2-19-2010 CLOSED | | | | | |
| Location | RESIDENTIAL | RESIDENTIAL | | | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | | | | |
| Site | 7,776 | 6480 | | | | | |
| View | NO VIEW | NO VIEW | | | | | |
| Design (Style) | AVERAGE | AVERAGE | | | | | |
| Quality of Construction | AVERAGE | AVERAGE | | | | | |
| Actual Age | 1950 | 1954 | | | | | |
| Condition | AVERAGE | AVERAGE | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4    2    1 | 4    2    1 | | | | | |
| Gross Living Area | 866 sq.ft. | 742 sq.ft. | +3,100 | sq.ft. | | sq.ft. | |
| Basement & Finished | NONE | NONE | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | | | | |
| Heating/Cooling | WALL HEAT | WALL HEAT | | | | | |
| Energy Efficient Items | STANDARD | STANDARD | | | | | |
| Garage/Carport | 1 GARAGE | 2 GARAGES | -5,000 | | | | |
| Porch/Patio/Deck | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ +   ☒ - | $          -1,900 | ☐ +   ☐ - | $ | ☐ +   ☐ - | $ |
| Adjusted Sale Price | | Net Adj.    1.0  % | | Net Adj.    % | | Net Adj.    % | |
| of Comparables | | Gross Adj.  4.2  % | $          193,100 | Gross Adj.   % | $ | Gross Adj.   % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfer in the prior 36 months | No transfer in the prior 36 months | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS | | |
| Effective Date of Data Source(s) | 2010 | 2010/  65  DOM | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    ALL SALES INFORMATION VERIFIED WITH MLS/PUBLIC RECORDS

Analysis/Comments    COMPARABLE  4 IS INFERIOR IN GROSS LIVING AREA, SIMILAR IN APPEAL, SUPERIOR IN GARAGE COUNT

Freddie Mac Form 2055 March 2005

Fannie Mae Form 2055 March 2005

**TAX ROLL**

| Borrower/Client | TREJO, ALFREDO | | | | |
|---|---|---|---|---|---|
| Property Address | 4621 LUCKY WAY | | | | |
| City | SANTA ANA | County | ORANGE | State | CA | Zip Code | 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | |

Property Detail Printout                                    https://www.ndcdata.com/Search/Property_Detail_Report.aspx?PID=38...

# NDCdata.com

Last Updated: 03/24/2010

### Property Location

| | | | | | |
|---|---|---|---|---|---|
| Address: | 4621 W LUCKY WAY | City: | SANTA ANA | Zip: | 92704-1135 |
| APN#: | 108-114-12 | Use Code: | Single Family Residence | County: | Orange |
| Tract: | 1289 | Census Tract: | 992.47 | Zone: | |
| Map Page/Grid: | 828/G4 | Legal Desc: | N TR 1289 LOT 2 | | |
| Total Assessed Value: | 314,000 | Tax Amount: | 3,475.24 | | |
| Percent Improvement: | 20.85 | Tax Year: | 2009 | | |

### Current Owner Information

| | | | |
|---|---|---|---|
| Current Owner: | TREJO,ALFREDO | Owner Address: | 4621 LUCKY WAY |
| City, State: | SANTA ANA, CA | Zip: | 92704-1135 |
| Last Transaction: | 05/10/2007 | Deed Type: | quitclaim/deed of trust |
| Amount: | 0 | Document: | 0000306059 |

### Last sale Information

| | | | |
|---|---|---|---|
| Transferred From: | CARRANZA,MARCO A & GISELLE | Seller Address: | |
| Sale Date: | 12/30/2005 | Prior Sale Date: | 05/28/1999 |
| Most Recent Sale Price: | 610,000 | Prior Sale Price: | 135,000 |
| Document Number: | 0001044903 | Prior Document No.: | 399544 |
| Document Type: | grant deed/deed of trust | Prior Document Type: | |

### Lender Information

| | | | |
|---|---|---|---|
| Lender: | BROOKS AMERICA MORTGAGE CORP | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 488,000 / 61,000 | Loan Type: | conventional variable |

### Physical Information

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 856 | # of Bedrooms: | 2 | Lot Size: | 7,776 |
| Additional: | 0 | # of Bathrooms: | 1.00 | Year Built / Effective: | 1950 / 0 |
| Garage: | 0 | # of Stories: | 0 | Heating: | |
| First Floor: | 0 | Total Rooms: | 4 | Cooling: | |
| Second Floor: | 0 | # of Units: | 1 | Roof Type: | |
| Third Floor: | 0 | Garage/Carport: | / | Construction/Quality: | / 0 |
| Basement Finished: | 0 | Fireplaces: | 0 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | | View: | |

1 of 1                                                                                          4/4/2010 9:22 PM

**Plat Map**

| Borrower/Client | TREJO, ALFREDO | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4621 LUCKY WAY | | | | | | |
| City | SANTA ANA | County | ORANGE | State | CA | Zip Code | 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | | | |



| Borrower/Client | TREJO, ALFREDO | | | | File No. 11801 PENDLETON SUN VALLEY |
|---|---|---|---|---|---|
| Property Address | 4621 LUCKY WAY | | | | |
| City | SANTA ANA | County ORANGE | | State CA | Zip Code 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☐ **Self Contained**   (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Summary**   (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ **Restricted Use**   (A written report prepared under Standards Rule 2-2(c) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
— Unless otherwise indicated, I have performed no services regarding the subject property within the prior three years, as an appraiser or in any other capacity.

### Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature: *Ely Rivera*
Name: ELY RIVARA AL018655
Designation:
Date Signed: 4-1-2010
State Certification #:
or State License #: AL018655
State: CA
Expiration Date of Certification or License: 2/28/2008

Effective Date of Appraisal: 4-1-2010

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Designation:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior

## Subject Photo Page

| Borrower/Client | TREJO, ALFREDO | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4621 LUCKY WAY | | | | | |
| City | SANTA ANA | County | ORANGE | State | CA | Zip Code 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | | |



**Subject Front**

4621 LUCKY WAY

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 866 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 7,776 |
| Quality | AVERAGE |
| Age | 1950 |

**Subject Street**



## Comparable Photo Page

| Borrower/Client | TREJO, ALFREDO |
|---|---|
| Property Address | 4621 LUCKY WAY |
| City | SANTA ANA |
| Lender | PRIVATE USE ONLY |

| County | ORANGE | State | CA | Zip Code | 92704-1135 |
|---|---|---|---|---|---|



### Comparable 1

*1129 S KAREN AVE SANTA ANA*

| Prox. to Subject | 0.72 miles S |
|---|---|
| Sale Price | 345,000 |
| Gross Living Area | 856 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 7204 |
| Quality | AVERAGE |
| Age | 1954 |



### Comparable 2

*1018 S ELLIOT PL SANT A ANA*

| Prox. to Subject | 0.70 miles SE |
|---|---|
| Sale Price | 265,000 |
| Gross Living Area | 742 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 7200 |
| Quality | AVERAGE |
| Age | 1949 |



### Comparable 3

*117 S GUNTHER ST SANTA ANA*

| Prox. to Subject | 0.81 miles E |
|---|---|
| Sale Price | 205,000 |
| Gross Living Area | 697 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 7242 |
| Quality | AVERAGE |
| Age | 1952 |

## Comparable Photo Page

| Borrower/Client | TREJO, ALFREDO | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4621 LUCKY WAY | | | | | | |
| City | SANTA ANA | | County | ORANGE | State | CA | Zip Code 92704-1135 |
| Lender | PRIVATE USE ONLY | | | | | | |



**Comparable 4**

209 N BEWLEY ST SANTA ANA
| | |
|---|---|
| Prox. to Subject | 0.81 miles E |
| Sale Price | 195,000 |
| Gross Living Area | 742 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 6480 |
| Quality | AVERAGE |
| Age | 1954 |

**Comparable 5**

| |
|---|
| Prox. to Subject |
| Sale Price |
| Gross Living Area |
| Total Rooms |
| Total Bedrooms |
| Total Bathrooms |
| Location |
| View |
| Site |
| Quality |
| Age |

**Comparable 6**

| |
|---|
| Prox. to Subject |
| Sale Price |
| Gross Living Area |
| Total Rooms |
| Total Bedrooms |
| Total Bathrooms |
| Location |
| View |
| Site |
| Quality |
| Age |

# **EXHIBIT B**

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 303-635-3145

VIA FACSIMILE:   818-780-0726

August 12, 2009

3640021618525534SS00108-12-09

AC Escrow
16555 Sherman Way Blvd. #B-2
Van Nuys, CA. 91406

RE:  Short Payoff Approval: Demand Statement
     Aurora Loan Services Loan Number:  0021618525
     Borrower(s):  Alfredo Trejo Villanueva
                   Margarita Navarette Trejo
     Property Address: 4621 W Lucky Way, Santa Ana CA 92704

Aurora Loan Services has approved the sale of the above-referenced
property that will result in a short payoff of the mortgage. Our
approval is based on the contract of sale between:
Karla Sandoval and Alfredo Trejo Villanueza
dated June 23, 2009 for the purchase price of $300,000.00.  This letter
constitutes Aurora Loan Services' instructions to the Settlement Agent.
As such, this approval is conditioned on a short payoff that meets the
following criteria:
1.  The required minimum payoff amount is $276,328.69.  Settlement
    costs have been allocated as follows:
    *  SELLER TO NET $0.00 FROM SHORT SALE TRANSACTION
    *  ALL OVERAGES ARE PAYABLE TO AURORA LOAN SERVICES
    *  SELLER PAID CLOSING COSTS NOT TO EXCEED $11,471.31.  ANY REDUCTION
       IN THE APPROVED CLOSING COSTS MUST BE ADDED TO THE NET PROCEEDS.
    *  BUYER PAYS ANY AND ALL ADDITIONAL CLOSING COSTS
    *  COMMISSIONS NOT TO EXCEED $9,000.00 (3% of purchase price-1 agent repr?
    *  2nd lien payoff to National City $3,200.00 - any add $ requested
    *  must be paid by seller, buyer or brokers
    *  Maximum escrow closing fee $500.00
2.  The closing must be completed on or before close of business on
    September 15, 2009.
    *  Written approval must be obtained from Aurora Loan Services Short
       Sale Department if unable to complete the transaction by the
       specified settlement date.
    *  Aurora Loan Services reserves the right to assess a per diem
       after the original settlement date.
3.  If settlement is changed, delayed or the transaction is cancelled,
    immediately notify the Loan Resolution Department in writing at
    866-698-5310 no less than one week before the
    closing date noted above with the required documentation.
4.  Neither the borrower nor any other party may receive any sale
    proceeds or any other funds as a result of this transaction, except
    noted in this letter.
    *  If the combined amount of the sale proceeds and the contribution
       total more than the amount due to the mortgage, then contact the
       Aurora Loan Services Short Sale Department.
    *  The borrower must assign to Aurora Loan Services rights to



LENDER   AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

Loan No.: 0021618525                                                     Page 2

escrowed funds insurance proceeds or refund from pre-paid expenses.
5.  THE FINAL HUD-1 SETTLEMENT STATEMENT, SIGNED BY THE BUYER AND SELLER
    OR CERIFIED BY THE ESCROW OFFICER, MUST BE FAXED THE SAME DAY OF THE
    CLOSING TO THE ATTENTION OF MIKE HENTZE AT FAX NUMBER 866-624-8904.

    If the short payoff amount is remitted to us, Aurora Loan Services will:
    *  File a 1099-C Form with the IRS and send you a copy.  You should
       consult with the IRS or a tax professional concerning any tax
       impact this may have to you, if any.
    *  Release your mortgage on the public records.
    *  Report the transaction to the credit bureaus as "PAID INFULL FOR
       LESS THAN THE FULL BALANCE." This may be considered a derogatory
       remark by future potential or actual creditors.  Credit is not
       a subject for negotiation. Aurora Loan Services will not report
       the loan as "PAID IN FULL" unless we receive a payoff of the full
       amount due under the loan.  We will continue, without change, our
       reporting activity to the credit reporting agencies with respect
       to your loan, until completion of the short payoff transaction and
       we have received and posted good funds representing the agreed
       upon short payoff amount.

Wiring Instructions:  US BANK
                      ABA NUMBER:  102-000021
                      CREDIT:  AURORA LOAN SERVICES
                      ACCOUNT NUMBER:  1036-9018-0650
                      REFERENCE:  LOAN NUMBER AND SELLER'S LAST NAME
                      *DIRECT WIRE TO: MIKE HENTZE

Overnight mail instructions:
Funds sent to Aurora Loan Services should be sent to the following
address.  Please remember to reference the loan number and the seller's
last name.
          AURORA LOAN SERVICES
          ATTENTION: MIKE HENTZE
          10350 PARK MEADOWS DRIVE, 4TH FLOOR
          LITTLETON, CO 80124

****THIS TRANSACTION IS NOT CONSIDERED COMPLETED UNTIL ALL CONTINGENCIES
    OF APPROVAL HAVE BEEN MET****

If you have any questions, please contact one of our Loan Counselors
at the address above or by calling 866-521-3828.

Sincerely,

MIKE HENTZE
Aurora Loan Services

Aurora Loan Services is a debt collector. Aurora Loan Services is
attempting to collect a debt and any information obtained will be
used for that purpose. However, if you are in bankruptcy or received
a bankruptcy discharge of this debt, this communication is not an
attempt to collect the debt against you personally, but is notice
of a possible enforcement of the lien against the collateral property.

EQUAL HOUSING
LENDER    AURORA LOAN SERVICES LLC.

# M&N Consultant Inc

**7120 HAYVENHURST AVE STE 314 VAN NUYS, CA  91406   P. (818) 303-1355 – F. (888) 710-3022**

This letter is to explain the figures on the estimated closing statement. As it was mentioned, the second lien holder is requesting a net of $7,000 to approve the short sale. After reviewing the figures and discuss it with the buyer's agent, the buyer agrees to accept a credit of $7,000 instead of the $9,000 credit for her recurring and non-recurring closing costs to fulfill the second lien's request and get the approval to go through this short sale. Please, I would really appreciate your consideration and acceptance regarding this matter. .

Sincerely,

Carlos A. Sanchez
Realtor