Ja Vonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No. 8:10-bk-13172-RK |
| | ) |
| | ) Chapter 13 |
| Alfredo Trejo | ) |
| Margarita Navarrete | ) |
| | ) **OBJECTION TO CONFIRMATION** |
| Debtors, | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date: 4/29/2010 |
| | ) Time: 11:00 AM |
| | ) Place: RM 1-154, 411 W Fourth Street |
| | )        Santa Ana CA |
| | ) |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date: 6/9/2010 |
| | ) Time: 1:30 PM |
| | ) Ctrm: 5D, 5th |
| | ) Place: 411 West Fourth Avenue |
| | )        Santa Ana CA |
| | ) |
| | ) |
| | ) Judge: Robert N. Kwan |

1  Aurora Loan Services, LLC, its assignees and/or successors, ("Secured Creditor") in the
2  above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation
3  of the  Chapter 13 Plan proposed by ("Debtors") Alfredo Trejo and Margarita Navarrete.

4  1.  This objecting Secured Creditor Services and is entitled to receive payments
5  pursuant to a Promissory Note which matures on 1/1/2036 is secured by a Deed of Trust on the
6  subject property commonly known as 4621 West Lucky Way, Santa Ana, CA 92704.  As of
7  3/15/2010, the amount in default was $54,081.05, as described in the Proof of Claim filed by this
8  Secured Creditor on or about 4/26/2010, incurred with respect to the default.  **See Exhibit "1"**

9  2.  The proposed Plan does not set forth a reasonable schedule and time period for
10 the payment of the arrearages owed to Secured Creditor.  The payoff period and monthly
11 repayment amount proposed by the Debtors exceeds a reasonable arrangement in light of
12 Debtors' past non-payment history.  Debtors allege in the Plan that the arrears owed to Secured
13 Creditor are in the amount of $0.00, while in fact the actual arrears owed are in the amount of
14 $54,081.05, as set forth in the Proof of Claim.  To cure the pre-petition arrearages of $54,081.05
15 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment
16 of $901.35 per month from the Debtors through the Plan. Although Debtors do not provide for
17 payments to Secured Creditor, Debtors' Plan provides payments to the Trustee in the amount of
18 $2,762.88 per month for 60 months . Debtors do not have sufficient funds available to cure the
19 arrears over the term of the Plan within 60 months. Clearly, the Plan is not feasible.  A true and
20 correct copy of Debtors' Schedules I and J is attached hereto as **Exhibit "2"**.

21 3.  Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall
22 commence making the payments proposed by the Plan within 30 days after the Petition is filed.
23 The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As
24 such, the Plan cannot be confirmed.

25 ///
26 ///
27 ///
28 ///
29 ///

CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code.  Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/  Kelly M. Raftery, Esq.
    Attorney for Secured Creditor
    Aurora Loan Services, LLC

| In re: Alfredo Trejo and Margarita Navarrete, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-13172-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN; PROOF OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/29/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

UNITED STATES TRUSTEE            TRUSTEE
ustpregion16.sa.ecf@usdoj.gov    Amrane Cohen
                                 efile@ch13ac.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **4/29/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

DEBTORS - Alfredo Trejo, 4621 West Lucky Way,  Santa Ana, CA 92704
DEBTOR - Margarita Navarrete, 4621 West Lucky Way,  Santa Ana, CA 92704

JUDGE'S COPY - The Honorable Judge, Robert N. Kwan, United States Bankruptcy Court - Santa Ana Division, 411 West Fourth Street, Suite 5165, Santa Ana, CA, 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **4/29/2010** | **David Fry** | **/s/ David Fry** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**

| In re: Alfredo Trejo and Margarita Navarrete, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-13172-RK |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**