# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Alfredo Trejo

**BANKRUPTCY NO.** 8:10-bk-13172-RK

**CHAPTER** 13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-1189
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/11/10

**JOINT DEBTOR INFORMATION:**
Margarita Navarrete

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-4631
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 6/11/10

**Address:**
4621 W Lucky Way
Santa Ana, CA 92704

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: June 11, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN-150) Rev. 03/09

**18 / KEN**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: skentC              Page 1 of 1              Date Rcvd: Jun 11, 2010
Case: 10-13172                Form ID: van150           Total Noticed: 15

The following entities were noticed by first class mail on Jun 13, 2010.
db/jdb        +Alfredo Trejo,   Margarita Navarrete,   4621 W Lucky Way,   Santa Ana, CA 92704-1135
aty           +Kelly M Raftery,   1770 Fourth Ave,   San Diego, CA 92101-2607
aty           +Richard A Solomon,   12651 High Bluff Dr Ste 300,   San Diego, CA 92130-2023
tr            +Amrane Cohen,   770 The City Dr So Ste #3300,   Orange, CA 92868-6922
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                 Sacramento, CA 94280-0001
smg            Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA 95812-2952
ust           +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000
cr            +Aurora Loan Services, LLC, it assignees and/or suc,   c/o McCarthy & Holthus, LLP,
                 1770 Fourth Avenue,   San Diego, CA 92101-2607
cr            +PNC Bank, N.A., successor-in-interest to National,   c/o Richard A. Solomon,
                 Solomon, Grindle, Silverman & Wintringer,   12651 High Bluff Drive, Suite 300,
                 San Diego, CA 92130-2023
25898981      +AURORA LOAN SERVICES,   10350 PARK MEADOWS DRIVE,   LITTLETON CO 80124-6800
26243977      +Aurora Loan Services,   c/o McCarthy & Holthus, LLP,   1770 Fourth Avenue,
                 San Diego, CA 92101-2607
25898982      +NATIONAL CITY BANK,   1900 EAST NINTH ST,   CLEVELANDOH   44114-3484
25898983      +NATIONAL CITY BANK,   6750 MILLER RD,   BRECKSVILLE OH 44141-3239
26126480      +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982

The following entities were noticed by electronic transmission on Jun 12, 2010.
aty           +E-mail/PDF: rmscedi@recoverycorp.com Jun 12 2010 02:13:27     Ramesh Singh,
                 Recovery Management Systems Corp,   25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2010**            **Signature:**    *Joseph Speetjens*